[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 16-14225

_____

D.C. Docket No. 1:11-cv-03111-AT

JESUS CAMACHO,
surviving spouse of Stacey Camacho,
LEJEAN NICHOLS,
as Administratrix of the Estate of Stacey Camacho,

Plaintiffs - Appellees,

versus

NATIONWIDE MUTUAL INSURANCE CO.,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(July 7, 2017)

Before JULIE CARNES and BLACK, Circuit Judges, and WILLIAMS,[*] District Judge.

PER CURIAM:

This case is before us on defendant-appellant Nationwide's appeal of the district court's final order entered on May 25, 2016 denying Nationwide's motion for judgment notwithstanding the verdict and entering final judgment in favor of plaintiff-appellees, as well as on Nationwide's appeal of several other intermediate orders and rulings made by the district court.

We have carefully reviewed the record, the briefs, Nationwide's supplemental authority filed on July 3, 2017, and all orders and rulings, including the district court's thorough and well-reasoned final order. Based on that review, and with the benefit of oral argument, we conclude that the district court did not err. We therefore **AFFIRM** the judgment in this case.

---

[*] The Honorable Kathleen M. Williams, of the Southern District of Florida, sitting by designation.